[No. 43225-1-II.  Division Two.  May 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HYRUM PARKES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02282-3, Katherine M. Stolz, J., entered February 24, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 30340-3-III.  Division Three.  May 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS NIEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00590-3, John M. Antosz, J., entered October 18, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30552-0-III.  Division Three.  May 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DORELL NICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03187-1, Kathleen M. O'Connor, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30646-1-III.  Division Three.  May 7, 2013.]

STEPHINE BARE, *Respondent*, v. JEREMY SHERVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-2-00444-1, Scott R. Sparks, J., entered January 27, 2012. *Dismissed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.